**Eric Lee FELDER, Petitioner—
Appellant,**

v.

**John L. LAMANNA, Warden of the
Federal Correctional Institution,
Respondent—Appellee.**

No. 05–6577.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 24, 2006.

Eric Lee Felder, Appellant Pro Se. Bar-
bara Murcier Bowens, Office of the United
States Attorney, Columbia, South Car-
olina, for Appellee.

Before WILKINSON, TRAXLER, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Lee Felder, a federal prisoner, appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). Felder fails to demonstrate that 28 U.S.C. § 2255 (2000) is an inadequate or effective remedy. *See In re Jones,* 226 F.3d 328, 333 (4th Cir.2000). Therefore, we deny Felder's motion for a certificate of appealability and affirm the district court's denial of relief under § 2241. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*